IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 21-cr-720-RDM |
| EZEKIEL KURT STECHER | * |
| | * |
| Defendant. | * |

## RESPONSE TO GOVERNMENT'S UPDATE TO THE COURT

The Defendant, Ezekiel Kurt Stecher, by and through counsel, Michael E. Lawlor and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Response to the Government's Update to the Court. Mr. Stecher respectfully renews his request for this Court to set his self-surrender date for October 2024.

1. On June 16, 2023, Mr. Stecher appeared before the Court and pled guilty to Count One of the Indictment filed against him. (Plea Agreement, ECF No. 47; Statement of Offense, ECF No. 48; Waiver of Trial by Jury, ECF No. 49.) On January 3, 2024, Mr. Stecher appeared for sentencing. The Court sentenced Mr. Stecher to 60 days of incarceration with two years of supervised release to follow. At the conclusion of the sentencing hearing, Mr. Stecher requested that the Court order that his self-surrender date be delayed until October 2024 in light of his professional responsibilities on the family farm which he owns and operates. The Court indicated that it believed there was good reason to delay the self-surrender date in this case and that, absent any legal impediment, it would be inclined to delay

1

Mr. Stecher's self-surrender date. The Government objected to a delay through October 2024. The Court permitted the Government the opportunity to submit supplemental briefing on the question of whether the Court has the discretion to delay Mr. Stecher's self-surrender date.

2. On January 10, 2024, the Government filed an Update to the Court. (ECF No. 66.) In the Update, the Government conceded that the Court has the discretion to set Mr. Stecher's self-surrender date for October 2024 but argued against the exercise of that discretion in this case.

3. For the reasons argued at the sentencing hearing, Mr. Stecher respectfully submits that delaying his self-surrender date through October 2024 would be in the interest of justice. Mr. Stecher has fully complied with his conditions of release since they were first set in March 2021. Mr. Stecher continues to be subject to the same conditions of release in advance of his self-surrender date. As the Court knows, Mr. Stecher owns and operates Stecher Farms, which has been in his family since 1905. Mr. Stecher performs critical duties on the farm. As the Court heard at the sentencing hearing, the farm cannot survive the harvest season without Mr. Stecher. Mr. Stecher accepted responsibility for his conduct in this case and respects the sentence of the Court. It is Mr. Stecher's request that he be permitted to serve the custodial portion of his sentence at a time in the year when his absence will not threaten the livelihood of his family and his team.

4. For these reasons, Mr. Stecher respectfully requests that this Honorable Court exercise its discretion to delay his self-surrender date through October 2024.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor